UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DASHONE MARCEL REYNOLDS | CIVIL ACTION |
| VERSUS | NO. 22-200 |
| ORLEANS CRIMINAL DISTRICT COURT | SECTION "R" (2) |

## **JUDGMENT**

Considering the Court's Order and Reasons[1] on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of defendant and against petitioner Dashone Marcel Reynolds dismissing Reynold's petition for a writ of *habeas corpus*.

New Orleans, Louisiana, this __13th__ day of September, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 27.